UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
JAN 18 2012

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAWRENCE OAKIE,
a/k/a LBJ OAKIE and
JOHN ROUSSEAU, JR.,

Defendants.

---

CR 12-30007-01
-02

INDICTMENT

SECOND DEGREE BURGLARY, LARCENY, and AIDING & ABETTING

18 U.S.C. §§ 1153, 661, and 2
SDCL § 22-32-3

The Grand Jury charges:

COUNT I

On or about the 2nd day of November, 2011, in Eagle Butte, in Indian country, in the District of South Dakota, Lawrence Oakie, a/k/a LBJ Oakie, and John Rousseau, Jr., Indians, did unlawfully enter and remain in an occupied structure, that is, the residence of Keni Jo Peacock, and did aid and abet the entry into the occupied structure, with intent to commit the crime of larceny therein, in violation of 18 U.S.C. §§ 1153 and 2, and SDCL 22-32-3.

COUNT II

On or about the 2nd day of November, 2011, in Eagle Butte, in Indian country, in the District of South Dakota, Lawrence Oakie, a/k/a LBJ Oakie, and John Rousseau, Jr., Indians, did unlawfully take and carry away with intent to steal and purloin, and did aid and abet the unlawful taking and carrying away of the personal property of another, to-wit: jewelry, electronic

devices, money, rare coins, and personal property of a value more than $1,000, and did aid and abet, in violation of 18 U.S.C. §§ 1153, 2, and 661.

A TRUE BILL:

Foreperson

BRENDAN V. JOHNSON
United States Attorney

By: ______________________